# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IGOR VEDERNIKOV, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LTD FINANCIAL SERVICES, L.P. and JOHN DOES 1-25,<br><br>    Defendants. | Case No. 3:18-cv-15217 (BRM)(LHG)<br><br>**ORDER** |

  **THIS MATTER** is before the Court on Motion for Summary Judgment (ECF No. 8) filed by Defendant LTD Financial Services, L.P. ("LTD"). Plaintiff Igor Vedernikov ("Vedernikov") opposes the motion. (ECF No. 9.) Having reviewed the parties' submissions filed in connection with the motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

  **IT IS** on this 22nd day of January 2020,

  **ORDERED** that LTD's Motion for Summary Judgment (ECF No. 8) is **GRANTED** and it is further

  **ORDERED** that the matter will be marked **CLOSED**.

                  */s/ Brian R. Martinotti*
                  **HON. BRIAN R. MARTINOTTI**
                  **UNITED STATES DISTRICT JUDGE**